# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: _____Jesse Michael Hebert_____     Last Four Digits of SS#:____3637____     CASE NO.:__10-40613-PGH___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $___537.32___ for months ___1___ to ___60___;
   B.   $_____ for months _____ to _____; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $___3,000.00___  TOTAL PAID $___3,000.00___
              Balance Due   $_____0.00___ payable $___0.00___ (Months ___1___ to ___60___)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $_____
Address:_____    Arrears Payment    $_____/month (Months ___ to ___ )
    _____         Regular Payment    $_____/month (Months ___ to ___ )
Account No:_____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ | $0.00 |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]
NONE

<u>Unsecured Creditors</u>: Pay $___488.47___/month (Months ___1___ to ___60___).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above**:  Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case.  In the event Debtors' income or tax refunds increase, Debtors shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.  BAC Home Loans (1st mortgage), Third Federal Bank (2nd mortgage) and Santander Consumer USA (Nissan X-Terra) to be surrendered.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor:_____     Date:___10-25-10_____